IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR185-DRB |
| | ) | [18 U.S.C. 641] |
| | ) | |
| | ) | |
| BOBBY R. HARDRICK II | ) | INFORMATION |

The United States Attorney charges that:

On or about the 20th of January, 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, BOBBY R. HARDRICK II, did knowingly steal, purloin, conceal and retain, with intent to convert to his use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: Four bottles of liquor, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*Nathan T. Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

STATE OF ALABAMA  )   AFFIDAVIT
                  )
DALE COUNTY       )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 7:15 P.M., January 20th, 2006, Sang p. Schapker, a PX employee, observed an unknown man exiting the Class Six with what appeared to be too much merchandise for the price that had been charged. The cashier, BOBBY R. HARDRICK II, stated to Schapker that he gave the unknown man four bottles of liquor that he, HARDRICK, wanted to drink. Payment was not made for the four bottles of liquor. HARDRICK made substantially the same statement to me spontaneously. HARDRICK was transported to the military police station for further processing.

_____
MARC A. MEDINA, PFC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 27th day of July 2006.

_____
NOTARY PUBLIC

My commission expires: 23 DEC 06