MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: _10:40 ‒ 10:50 am_

- ☑ **INITIAL APPEARANCE**
- ☐ **BOND HEARING**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☑ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **Delores Boyd**    DEPUTY CLERK: S. Q. Long, Jr.

CASE NO. **1:06CR185-DRB**    DEFT. NAME: Bobby R. HARDRICK, II

USA: **Golden**    ATTY: _Bethel_

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (CDO)
( ) Stand In ONLY

USPTSO/USPO: **Pitcher/Johns/Brockett**

Defendant _____ does ✔ does NOT need an interpreter

Interpreter present _____ ✔ NO _____ YES    NAME: _____

| | |
|---|---|
| ☐kars. | Date of Arrest _____ or ☐ karsr40 |
| ☐kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violat‒ or |
| ☐kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel ☑ORAL MOTION for Appointment o‒f Counsel |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐koappted | ORAL ORDER appointing Community Defender Organization - Noti‒ce to be filed. |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be f‒ollowed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released ☐kloc LR) |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district ☐as ordered |
| ☐kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. |
| ☑karr. | **ARRAIGNMENT SET FOR:** _____ ☑HELD. Plea of **NOT GUILTY** entered. |
| | ☐Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____ |
| | **DISCOVERY DISCLOSURES DATE:** _____ |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** _____ |