IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 1:06-cr-185-DRB |
| | ) | |
| **BOBBY R. HARDRICK, II** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, Bobby R. Hardrick, II, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 5th day of October, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 1:06-cr-185-DRB |
| | ) | |
| **BOBBY R. HARDRICK, II** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Nathan T. Golden
Department of the Army
Office of Staff Judge Advocate
Military Justice
Building 5700, Novosel Street
Ft. Rucker, Alabama 36362

                                                        Respectfully submitted,

                                                        s/ Donnie W. Bethel
                                                        DONNIE W. BETHEL
                                                        Assistant Federal Defender
                                                        201 Monroe Street, Suite 407
                                                        Montgomery, Alabama 36104
                                                        Phone: (334) 834-2099
                                                        Fax: (334) 834-0353
                                                        E-mail:don_bethel@fd.org
                                                        IN Bar Code: 14773-49