IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-000185-DRB |
| | ) | |
| BOBBY R. HARDRICK, II | ) | |

ORDER

Pursuant to Defendant's *Notice of Intent to Change Plea* (Doc. 10, filed October 5, 2006), it is

**ORDERED** that this case is hereby set for a change of plea hearing at **10:00 a.m.** on **November 7, 2006**, in the Magistrate Judge Courtroom at Ft. Rucker, Alabama.

Done this 12th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE