COURTROOM DEPUTY'S MINUTES  
MIDDLE DISTRICT OF ALABAMA

DATE: 11/07/2006  
DIGITAL RECORDING: 10:14 – 10:20 am  
COURT REPORTER:

- [ ] ARRAIGNMENT
- [x] CHANGE OF PLEA
- [ ] CONSENT PLEA
- [ ] RULE 44(c) HEARING
- [ ] SENTENCING

PRESIDING MAG. JUDGE: DRB  
CASE NUMBER: 1:06CR185-DRB  
AUSA: Golden  
DEPUTY CLERK: sql  
DEFENDANT NAME: Bobby R. HARDRICK, II  
DEFENDANT ATTORNEY: Don Bethel  
Type counsel ( )Waived; ( )Retained; ( )CJA; (X)FPD  
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: PITCHER/JOHNS/BROCKETT  
Interpreter present? (✓)NO; ( )YES   Name:

- [ ] This is defendant's FIRST APPEARANCE.
- [ ] Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- [ ] ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- [ ] WAIVER OF INDICTMENT executed and filed.
- [ ] INFORMATION filed.
- [ ] Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:  
- [ ] Not Guilty  
- [x] Guilty as to:  
  - [x] Count(s): 1  
  - [ ] Count(s):  
- [ ] dismissed on oral motion of USA  
- [ ] to be dismissed at sentencing

[x] Written plea agreement filed   [ ] ORDERED SEALED  
[ ] ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__  
[ ] CRIMINAL TERM:       [ ] WAIVER OF SPEEDY TRIAL filed.  
DISCOVERY DISCLOSURE DATE:

[x] ORDER: Defendant continued under [same] bond; [ ] summons; for:  
  [ ] Trial on _____; [x] Sentencing on 01/09/2007

[ ] ORDER: Defendant remanded to custody of U.S. Marshal for:  
  [ ] Trial on _____; or [ ] Sentencing on _____

[ ] Rule 44 Hearing: [ ] Waiver of Conflict of Interest Form executed  
  [ ] Defendant requests time to secure new counsel