# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Case No. 1:06CR185-DRB |
| vs. | * | |
| | * | |
| BOBBY R. HARDRICK, II | * | |

## JOINT MOTION

Pursuant to Rule 32(a) of the Federal Rules of Criminal Procedure, and for good cause shown, the Government and the defendant request that the Court shorten the time limits prescribed by subdivision (b(6). Upon disclosure of the presentence report, the Government and the defendant will promptly, but not later than seven days, communicate in writing to the Probation Officer, and to each other, any objections to the presentence report as described in subdivision (b)(6)(B). The defendant and the Government request that the final report with addendum be disclosed no later than three days before the sentencing hearing.

_____          _____
Defendant                                         Attorney for Defendant

SCANNED                               _____
                                                     Attorney for Government

## ORDER

IT IS ORDERED that the above motion be, and the same is, hereby granted. Sentencing in this case is set for __10__ o'clock _a_.m., on the __9th__ day of __January__, 20__07__.

DONE this __7th__ day of __November__, 20__06__.

_____
United States Magistrate Judge