COURTROOM DEPUTY MINUTES  DATE: __JANUARY 9, 2007__
MIDDLE DISTRICT OF ALABAMA

TAPE NO.: _3052-CSC_  AT  _35_ to _275_

❏ **ARRAIGNMENT**    ❏ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**    ✓ **SENTENCING**

---

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** _CHARLES S. COODY_ | **DEPUTY CLERK:** _WANDA STINSON_ |
| **CASE NUMBER:** _1:06CR185-CSC_ | **DEFENDANT:** _BOBBY R. HARDRICK_ |
| **AUSA:** _NATHAN GOLDEN_ | **DEFENDANT ATTY:** _KEVIN BUTLER_ |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; |
| **USPO:** _____ | |
| Defendant _____ does __✓__ does NOT need and interpreter. Name: _____ | |

===

( ✓ ) COURT PROCEEDING: **SENTENCING**

| | |
|---|---|
| 10:04 A.M. | Court convenes; parties present as noted; |
| | Discussion as to restitution; |
| | Atty. Butler informs the court that restitution has been paid; |
| | Atty. Butler addresses the court regarding the fine amount recommended; |
| | Court states sentence; |
| | There are no objections to sentence as stated; |
| 10:07 A.M. | Court orders sentence is imposed as stated; |